IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN J. DENUNZIO<br>ANTHONY GATTINERI, and<br>CHARLES A. LIGHTBODY<br><br>Defendant. | Criminal No. Click and Enter Criminal No.<br><br>14cr10284- |

## GOVERNMENT'S MOTION TO SEAL
### INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendants are in custody in the above-captioned case.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Oct 1, 2014

allowed

_[signature]_ By:

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

_[signature]_
Kristina E. Barclay
Assistant U.S. Attorney

Date: October 1, 2014