UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: |
| | ) | |
| v. | ) | 14cr10284 |
| | ) | |
| (1) DUSTIN J. DENUNZIO, | ) | |
| (2) ANTHONY GATTINERI, and | ) | |
| (3) CHARLES A. LIGHTBODY | ) | |
| | ) | |
| Defendants | ) | |

## GOVERNMENT'S LOCAL RULE 112.4(B) ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(b), that it has identified the entities listed below as organizational victims of the crimes alleged in the above-captioned indictment, and that it is not aware of any parent corporation or any publicly held corporation that owns 10% or more of Wynn Resorts, Limited:

1. Massachusetts Gaming Commission; and
2. Wynn Resorts, Limited.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney

Dated: October 1, 2014